No. 721. PHILLIPS, COLLECTOR, v. DIME TRUST & SAFE DEPOSIT CO., EXECUTOR. Submitted April 13, 1931. Decided April 20, 1931. *Per Curiam:* The joint motion to bring up the entire record and cause is granted. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, J. Louis Monarch, Clarence M. Charest,* and *William T. Sabine, Jr.,* for Phillips. *Mr. Charles C. Lark* for the Dime Trust & Safe Deposit Co.

No. 837. ADAMS v. PARK, JUDGE. Submitted April 13, 1931. Decided April 20, 1931. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied. The appeal is dismissed for the want of a substantial federal question. *Malloy* v. *South Carolina,* 237 U. S. 180, 183, 185; *Wabash R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *Zucht* v. *King,* 260 U. S. 174; *Sugarman* v. *United States,* 249 U. S. 182; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Mr. Benjamin E. Pierce* for appellant. *Messrs. George M. Napier* and *T. R. Gress* for appellee.

No. 838. MEYERS v. WHITTLE, SHERIFF. Submitted April 13, 1931. Decided April 20, 1931. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied. The appeal is dismissed for the want of a substantial federal question. *Malloy* v. *South Carolina,* 237 U. S. 180, 183, 185; *Wabash R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *Zucht* v. *King,* 260

U. S. 174; *Sugarman* v. *United States*, 249 U. S. 182; *C. A. King & Co.* v. *Horton*, 276 U. S. 600; *Bank of Indianola* v. *Miller*, 276 U. S. 605; *Roe* v. *Kansas*, 278 U. S. 191. *Mr. Benjamin E. Pierce* for appellant. *Messrs. George M. Napier* and *T. R. Gress* for appellee.

No. 306. SPURRIER ET AL. v. MITCHELL IRRIGATION DISTRICT ET AL. Argued April 16, 17, 1931. Decided April 20, 1931. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction, § 237 (a) Judicial Code, as amended by the Act of February 13, 1925, 43 Stat. 936, 937. Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) Judicial Code as amended, 43 Stat. 936, 938, certiorari is denied for want of a substantial federal question. *Wabash R. Co.* v. *Flannigan*, 192 U. S. 29; *Erie R. Co.* v. *Solomon*, 237 U. S. 427; *Zucht* v. *King*, 260 U. S. 174; *Sugarman* v. *United States*, 249 U. S. 182; *C. A. King & Co.* v. *Horton*, 276 U. S. 600; *Bank of Indianola* v. *Miller*, 276 U. S. 605; *Roe* v. *Kansas*, 278 U. S. 191. *Mr. J. M. Fitzgerald*, with whom *Mr. L. L. Raymond* was on the brief, for appellants. *Messrs. Thomas M. Morrow* and *William Morrow* were on the brief for Mitchell Irrigation District, appellee. *Messrs. J. G. Mothersead, Roscoe T. York, Floyd E. Wright*, and *Wm. H. Wright* were on the brief for Gering & Ft. Laramie Irrigation District, appellee.

No. 94. RAMSEY & GATLIN CONSTRUCTION CO. ET AL. v. VINCENNES BRIDGE CO. Argued April 15, 1931. Decided April 20, 1931. *Per Curiam:* As it ap-